## NATIONAL BANK OF COMMERCE OF MANKATO v. GEORGE TOLAN AND OTHERS.[1]

June 29, 1917.

Nos. 20,337—(167).

**Verdict — evidence.**

Action in replevin for two horses. Jury awarded one to plaintiff. Appeal from an order denying a new trial. *Held*: The verdict was sustained by ample evidence. [Reporter.]

Action in replevin in the district court for Blue Earth county to recover possession of two horses and $100 damages. The case was tried before Comstock, J., and a jury which found in favor of plaintiff for return of one horse, and, if possession could not be obtained, for $125. From an order denying their motion for a new trial, defendants appealed. Affirmed.

*George T. Olsen* and *C. J. Laurisch*, for appellants.

*H. L. & J. W. Schmitt* and *Hughes & Ellsworth*, for respondent.

PER CURIAM.

Plaintiff, claiming under a chattel mortgage, brought an action in replevin to obtain possession of two horses, and was awarded one of them by the jury. Defendants appealed from an order denying a new trial. The evidence is ample to sustain the verdict, and we find no errors prejudicial to defendants in either the rulings upon the admission of evidence or in the charge to the jury.

Order affirmed.